```
PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America
```

**FILED**
Nov 07, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>JULIAN RAYMON ORTIZ,<br><br>            Defendant. | CASE NO. 2:24-cr-0302 JAM<br><br>[PROPOSED] SEALING ORDER<br><br><u>UNDER SEAL</u> |

### SEALING ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the indictment, the United States' request to seal, and the Order to Seal in the above captioned matter shall be filed under seal and shall not be disclosed to any person, unless otherwise ordered by the Court.

Dated:  November 7, 2024

_____
HONORABLE ALLISON CLAIRE
U.S. MAGISTRATE JUDGE

[PROPOSED] SEALING ORDER                                    1