UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
December 08, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JULIAN RAYMON ORTIZ,<br><br>    Defendant. | Case No. 2:24-cr-00302-JAM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  JULIAN RAYMON ORTIZ , Case No.  2:24-cr-00302-JAM , Charge 21 U.S.C. § 841(a)(1), from custody for the following reasons:

_____  Release on Personal Recognizance

_____  Bail Posted in the Sum of $ _____

_____  Unsecured Appearance Bond $ _____

_____  Appearance Bond with 10% Deposit

_____  Appearance Bond with Surety

_____  Corporate Surety Bail Bond

  X    (Other): **Defendant shall be RELEASED forthwith.**

Dated:  December 08, 2025

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE