ERIC GRANT
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                           Plaintiff,

            v.

JULIAN RAYMON ORTIZ,

                           Defendant.

CASE NO.  2:24-CR-302-JAM

NOTICE OF APPEAL

        NOTICE IS HEREBY GIVEN that plaintiff United States of America, by and through the United States Attorney for the Eastern District of California, hereby appeals, pursuant to 18 U.S.C. § 3731 and 28 U.S.C. § 1291, to the United States Court of Appeals for the Ninth Circuit from the November 12, 2025 Order granting dismissal of the indictment in the above-referenced case and the December 8, 2025 Order denying the government's motion for reconsideration.  CR 30, 35.  These orders were entered on the district court's docket on November 12 and December 8, 2025, respectively.

 Dated:  January 5, 2026                    ERIC GRANT
                                            United States Attorney


                                   By:  /s/ Jason Hitt
                                        JASON HITT
                                        Assistant United States Attorney

NOTICE OF APPEAL