UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 23 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 26-124 |
| Plaintiff - Appellant, | D.C. No. 2:24-cr-00302-JAM-1 |
| v. | Eastern District of California, Sacramento |
| JULIAN RAYMON ORTIZ, | ORDER |
| Defendant - Appellee. | |

Before:     LEE, DESAI, and JOHNSTONE, Circuit Judges.

The opposed motion (Docket Entry No. 8) for voluntary dismissal is granted.

This appeal is dismissed. *See* Fed. R. App. P. 42(b).

This order serves as the mandate of the court.